2-18-2021

CIV-21-123-G

Felicia Shells-Blankenship
vs
State of Oklahoma

Case 5:21-cv-00123-G  Document 1  Filed 02/19/21  Page 1 of 2

FILED
FEB 19 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

My Name is Felicia Shells-Blankenship I want to file a law suit against the State of Oklahoma angrish. I have had my children taken from me with no deprived sititations 4X+ and have been tricked to put them it to a gaurdianship each time that my children where taken they have been false alligations I believe that this is the land of the free I also believe that they work against me through my privacy of hospital therephy and Adminstoring me meds through ways I can't prove yet with out Attorney which I have paid to help and I know that they some how has made them to where I am not Being represented I believe hosipital s have violated Hippo law sharing my information one with another to others with out my permission the ones who suffer the most are my children who are now some grown and now messed up mentally and confussed that DHS should have help after seperation of torn family that they Havent helped I am disiabled mentally. However I am not dumb I really want to sue them because some how they are effecting my life by trying to control me and run me crazy to which I am human and have suffured alot of hurt agony and pain through the system which should have helped me the police using me to be a confidential enformit and DHS taking my children telling me to say that my Baby daddy gave me a shot of pcp and I will get my children back it goes deeper but this is a start for me to fight back in some way I am not educated of enough to exactly know how to file this but the trust in God and belief that I am right I know that this is my option to be heard and help ed.

I having been going through this since 2009 I have some wrongs but defintly not the extreme to be put through what I am going through I am Native American and African American mixed which that propa has nothing to do with I just need to do what I have to do to be herd and left alone   My children was first took in custody in 2009 to where which I asked the state for help to get clean from a drug that I have been introduced to at the age of seven. They took my children and placed them with a molester of who molested me through my child hood years which abused them and then when I got out of treatment to where I put my self and got chean my children where in custody I did what I had to do as a mother and got them back than after my son was diagnosed with cancer and I had to do a Sap parent to do what I had to do to get them back than did   single parent of 6 at the time with no support doing everything right the again took my chidren with a lie from hospital that I went in bathroom and got high and they took again etc   I just am now wanting to file this law suit and we can detail everything out after. I just know this is my start.

Felicia Shells Blankenship

225 NW 91st

Oklahoma OK 73114

Felashells Blankenship

405 215-4222